IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| C.H., by and through her guardian KARLA MONSERRAT DIAZ HERNANDEZ, F.H., by and through his guardian, KARLA MONSERRAT DIAZ HERNANDEZ, KARLA MONSERRAT DIAZ HERNANDEZ on her own behalf, and NOE HURTADO,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 1:19-CV-00435-DAD-EPG<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE** |

Based upon the Declaration of Kevin B. Kalajian filed with this Court on June 27, 2019, counsel for Plaintiffs have requested a continuance of the Mandatory Scheduling Conference, set for July 18, 2019, because of improper service on the Defendant, THE UNITED STATES OF AMERICA. Due to the improper service and the delay in serving Defendant, the parties have been unable to meet and confer and have been unable to submit a Joint Scheduling Report to the Court. Based upon the foregoing:

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference scheduled for July 18, 2019, at 10:00 a.m. in Courtroom 10, be vacated. The Mandatory Scheduling Conference shall be

continued to proceed on September 26, 2019, commencing at 9:30 a.m. in Courtroom 10, of the United States District Court, Eastern District of California, 2500 Tulare Street, Fresno, California.

The parties are further ordered to comply with the Court's Order Setting Mandatory Scheduling Conference filed in this matter on April 5, 2019 and attached hereto as Exhibit 1. Counsel for Plaintiffs are ordered to serve Defendant, THE UNITED STATES OF AMERICA with this Order forthwith.

IT IS SO ORDERED.

Dated: **July 12, 2019**    /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE