UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.H., et al,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No. 1:19-cv-00435-DAD-EPG<br><br>ORDER APPROVING THE PARTIES' STIPULATION TO CONTINUE RESPONSE TO COMPLAINT DEADLINE AND SCHEDULING CONFERENCE<br><br>(ECF NO. 13) |

     In light of the parties' stipulation, which the Courte hereby approves, IT IS ORDERED that Defendant's, United States of America, deadline to respond to the Complaint is continued from September 3, 2019 to October 1, 2019.

     IT IS FURTHER ORDERED that the Scheduling Conference in this matter is continued from September 26, 2019, to October 24, 2019 at 9:30 a.m.

IT IS SO ORDERED.

    Dated:   **August 27, 2019**             /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE