# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.H. *et al*.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00435-DAD-EPG<br><br>ORDER APPROVING STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF NO. 23) |

　　　　On January 10, 2020, the parties filed a stipulation to continue the Scheduling Conference in this matter from January 22, 2020 to March 25, 2020, (ECF No. 23.) due to the pending motion to dismiss. (ECF No. 15.)

　　　　The Court approves the stipulation. IT IS ORDERED that the January 22, 2020 Scheduling Conference is vacated. The Mandatory Scheduling Conference shall be continued to proceed on March 25, 2020, commencing at 10:30 a.m. in Courtroom 10, of the United States District Court, Eastern District of California, 2500 Tulare Street, Fresno, California. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format to epgorders@caed.uscourts.gov for the Judge's review.

IT IS SO ORDERED.

　　Dated:　**January 10, 2020**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1