# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.H. *et al.*,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 1:19-cv-00435-DAD-EPG<br><br>ORDER APPROVING STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF NO. 26) |

On March 12, 2020, the parties filed a stipulation to continue the scheduling conference in this matter, currently set for March 25, 2020. (ECF No. 26.) The parties request the stipulation due to a pending motion to dismiss that has yet to be ruled upon. (ECF No. 15.) The Court finds good cause to continue the scheduling conference to June 3, 2020, at 9:30 a.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format to epgorders@caed.uscourts.gov for the Judges review.

IT IS SO ORDERED.

　　Dated: __**March 12, 2020**__　　　　　　　　／s／ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1