UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.H., et al,<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Case No. 1:19-cv-00435-DAD-EPG<br><br>ORDER APPROVING THE PARTIES' STIPULATION TO CONTINUE RESPONSE TO COMPLAINT DEADLINE AND SCHEDULING CONFERENCE<br><br>(ECF NO. 28) |

On May 22, 2020, the parties filed a stipulation to continue the scheduling conference in this matter, currently set for June 3, 2020. (ECF No. 28). The parties request the stipulation due to a pending motion to dismiss that has yet to be ruled upon. (ECF No. 15).

The Court finds good cause to continue the scheduling conference to August 12, 2020, at 9:30 a.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format to epgorders@caed.uscourts.gov for the Judge's review.

IT IS SO ORDERED.

Dated:  **May 27, 2020**                                    /s/ Erica P. Grosjean
                                                                             UNITED STATES MAGISTRATE JUDGE

1