UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.H., et al,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Defendant. | Case No. 1:19-cv-00435-DAD-EPG<br><br>ORDER APPROVING THE PARTIES' STIPULATION TO CONTINUE RESPONSE TO COMPLAINT DEADLINE AND SCHEDULING CONFERENCE<br><br>(ECF NO. 30) |

　　　　On July 29, 2020, the parties filed a stipulation to continue the scheduling conference in this matter, currently set for August 12, 2020. (ECF No. 29). The parties request the stipulation due to a pending motion to dismiss that has yet to be ruled upon. (ECF No. 15).

　　　　The Court finds good cause to continue the scheduling conference to October 28, 2020, at 9:30 a.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

\\\
\\\
\\\
\\\

1

The parties are reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format to epgorders@caed.uscourts.gov for the Judge's review.

IT IS SO ORDERED.

Dated:  **July 30, 2020**              /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE