IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.H., *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | No. 1:19-cv-00435-DAD-EPG<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>Current Scheduling Conference:　　Oct. 28, 2020<br><br>Proposed Scheduling Conference:　　Jan. 6, 2021 |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the Scheduling Conference in this matter shall be continued from October 28, 2020, to January 6, 2021, to allow time for the Court to resolve Defendant's Motion to Dismiss.  *See* ECF Nos. 15–22.

Dated: October 8, 2020                                 McGREGOR W. SCOTT
                                                                         United States Attorney

                                                         By:     /s/  *Joseph B. Frueh*
                                                                         JOSEPH B. FRUEH
                                                                         Assistant United States Attorney

                                                                         Attorneys for Defendant
                                                                         UNITED STATES OF AMERICA

                                                                 BARADAT & PABOOJIAN, INC.

                                                         By:     /s/  *Kevin B. Kalajian*     (authorized 10/8/2020)
                                                                         KEVIN B. KALAJIAN
                                                                         DANIEL R. BARADAT

                                                                         Attorneys for Plaintiffs
                                                                         C.H., *et al*.

1

**ORDER**

Pursuant to the parties' stipulation filed October 14, 2020 (ECF No. 32), it is HEREBY ORDERED that the initial scheduling conference in this matter shall be continued from October 28, 2020, to January 6, 2021 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **October 14, 2020**                         /s/ Eric P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE