IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.H., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. 1:19-cv-00435-DAD-EPG <br><br> **STIPULATION AND PROPOSED ORDER TO CONTINUE SCHEDULING CONFERENCE** <br><br> Current Scheduling Conference:  Jan. 6, 2021 <br><br> Proposed Scheduling Conference:  Mar. 17, 2021 |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the Scheduling Conference in this matter shall be continued from January 6, 2021, to March 17, 2021, to allow time for the Court to resolve Defendant's Motion to Dismiss. *See* ECF Nos. 15–22.

Dated: December 7, 2020                            McGREGOR W. SCOTT
                                                       United States Attorney

By:     /s/  *Joseph B. Frueh*
           JOSEPH B. FRUEH
           Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

BARADAT & PABOOJIAN, INC.

By:     /s/  *Kevin B. Kalajian*    (authorized 12/7/2020)
           KEVIN B. KALAJIAN
           DANIEL R. BARADAT

Attorneys for Plaintiffs
C.H., *et al*.

1

**ORDER**

Pursuant to the parties' stipulation filed December 7, 2020, (ECF No. 34), IT IS HEREBY ORDERED that the initial scheduling conference in this matter shall be continued from January 6, 2021 to March 11, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **December 7, 2020**                    /s/ Erica P. Grosjean
                                                       UNITED STATES MAGISTRATE JUDGE