1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.H., *et al.*,  Plaintiffs,  v.  UNITED STATES OF AMERICA,  Defendant. | No. 1:19-cv-00435-DAD-EPG  **STIPULATION AND PROPOSED ORDER TO CONTINUE SCHEDULING CONFERENCE**  Current Scheduling Conference:   Mar. 11, 2021  Continued Scheduling Conference:   June 21, 2021, at 9:30 a.m. |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the Scheduling Conference in this matter shall be continued from March 11, 2021, to June 17, 2021, to allow time for the Court to resolve Defendant's Motion to Dismiss.  *See* ECF Nos. 15–22.

Dated: February 5, 2021                                    McGREGOR W. SCOTT
                                                                             United States Attorney

                                                       By:     /s/  *Joseph B. Frueh*
                                                                     JOSEPH B. FRUEH
                                                                     Assistant United States Attorney

                                                                     Attorneys for Defendant
                                                                     UNITED STATES OF AMERICA

                                                                     BARADAT & PABOOJIAN, INC.

                                                       By:     /s/  *Kevin B. Kalajian*     (authorized 2/5/2021)
                                                                     KEVIN B. KALAJIAN
                                                                     DANIEL R. BARADAT

                                                                     Attorneys for Plaintiffs
                                                                     C.H., *et al*.

1

**ORDER**

Pursuant to the parties' stipulation filed February 5, 2021 (ECF No. 36), IT IS HEREBY ORDERED that the initial scheduling conference in this matter shall be continued to June 21, 2021 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **February 8, 2021**               /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE

2